IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-CV-21413-KING

MOTORALA, INC.,
A Delaware Corporation,

    Plaintiff,

vs.

CCW-USA and
CT MIAMI, LLC,
Both Florida Corporations,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE comes before the Court upon Defendants' Motions to Dismiss (DE #4,5). Plaintiff responded (DE #6,7) on July 6, 2009, and Defendants replied (DE #8,9) on July 15, 2009. The Complaint alleges a contractual dispute between Plaintiff and Defendants. In their Motion to Dismiss, Defendants argue that the Complaint should be dismissed because Plaintiffs have failed to allege the satisfaction of a condition precedent—that the parties go to mediation before filing a lawsuit arising out of the contract. The contract between the parties contains the following mediation clause:

> The parties agree that any claims or disputes will submitted to non-binding mediation prior to initiation of any formal legal process. Costs of mediation will be shared equally. Disputes concerning the relationship between Motorola and Distributor shall be resolved in accordance with the laws of the State of Illinois, USA, and any court actions shall be filed in a state or federal court of competent jurisdiction in the State of Illinois. Distributor hereby consents to exclusive jurisdiction by such courts.

Thus, it appears from the contractual language that mediation was required before filing

1

suit. Plaintiff's only argument in response is that, prior to this lawsuit, the parties, without their attorneys or a mediator, met to try and resolve the dispute. However, Plaintiff concedes that this was not a mediation, and moreover these allegations were not raised in Plaintiff's complaint. Plaintiff offers no other argument for why this case should not be dismissed so that it can proceed to mediation; thus, the case should be dismissed on that ground. Because it is determined that the case should be dismissed on that ground, the Court declines to address Defendants' remaining arguments.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** that:

1. Defendants' Motions to Dismiss (DE #4 & 5) are hereby **GRANTED.**
2. The case is hereby **DISMISSED WITHOUT PREJUDICE.**
3. All pending motions are **DENIED as MOOT.**
4. The Clerk shall **CLOSE** this case.
5. If the case is subsequently re-filed, the attorney for Plaintiff shall notice the Clerk of Court of this order of dismissal so that the Clerk will assign the newly filed case to the division of the undersigned Judge in accordance with the local rules pertaining thereto.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this 3rd day of August, 2009.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**Cc:**
**Counsel for Plaintiff**
Carlos Cruanes
Cruanes & Perez
5511 S.W. 8th Street, Suite 202
Miami , FL 33134
305-266-1543
Fax: 305-266-1547
Email: ccruanes@cruanesperezlaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Counsel for Defendants**
Joseph Harris Rose
Egozi & Bennett, PA
2999 NE 191 Street
Suite 407
Aventura , FL 33180
3059313000
Fax: 3059319343
Email: jrose@egozilaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

3